IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY D. NICHOLAS,**<br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>**MR. GEORGE PATRICK, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,**<br>　　　　　Respondents. | **CIVIL ACTION**<br><br><br><br><br>**NO.  06-1680** |

# O R D E R

**AND NOW**, this 11th day of May, 2015, upon consideration of pro se petitioner Larry D. Nicholas' Hazel-Atlas Motion (Document No. 41, filed September 17, 2014); the Government's Response to the Hazel-Atlas Motion (Document No. 45, filed November 25, 2014); pro se petitioner's Supplemental Hazel-Atlas Motion (Document No. 46, filed December 15, 2014); the Government's Supplemental Response to the Hazel-Atlas Motions (Document No. 52, filed February 27, 2015); pro se petitioner's Reply in Further Support of the Hazel-Atlas Motions (Document No. 53, filed March 11, 2015); and pro se petitioner's Supplemental Reply in Further Support of the Hazel-Atlas Motions (Document No. 54, filed March 25, 2015), **IT IS ORDERED** that, for the reasons stated in the accompanying Memorandum dated May 11, 2015, pro se petitioner's Hazel-Atlas Motion (Document No. 41) and Supplemental Hazel-Atlas Motion (Document No. 46) are **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability **WILL NOT ISSUE** on the ground that reasonable jurists would not debate this Court's procedural rulings with respect to pro se petitioner's claims or whether he has stated a valid claim of the denial of a

2

constitutional right. See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Morris v. Horn, 187 F.3d 333, 340 (3d Cir. 1999); 28 U.S.C. § 2253(c).

**BY THE COURT:**

/s/ Hon. Jan E. DuBois
**DuBOIS, JAN E., J.**