IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY D. NICHOLAS,<br>　　　　　　Petitioner,<br><br>　　v.<br><br>MR. GEORGE PATRICK, THE<br>DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA, and THE<br>ATTORNEY GENERAL OF THE STATE<br>OF PENNSYLVANIA,<br>　　　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO.  06-1680 |

## O R D E R

**AND NOW**, this 6th day of July, 2015, upon consideration of pro se petitioner Larry D.

Nicholas' Rule 59(e) Motion (Document No. 57, filed May 28, 2015), and the Government's

Supplemental Response to Motion (Document No. 62, filed June 23, 2015), for the reasons stated

in the accompanying Memorandum dated July 6, 2015, **IT IS ORDERED** that pro se

petitioner's Rule 59(e) Motion is **DENIED**.


　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　 /s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**